CARSON PIRIE SCOTT & CO. *v.* UNITED STATES

**No. 6901.**—Invoices dated London, England, March 1, 1941, etc.
 Certified March 31, 1941, etc.
 Entered at Chicago, Ill., June 5, 1941, etc.
 Entry No. 5659/1, etc.

(Decided February 20, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiff.
 *Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
 (Stipulation omitted.)
 On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
 Judgment will be rendered accordingly.

CARSON PIRIE SCOTT & CO. *v.* UNITED STATES

**No. 6902.**—Invoices dated London, England, February 25, 1942, etc.
 Certified March 8, 1942, etc.
 Entered at Chicago, Ill., April 2, 1942, etc.
 Entry No. 02110, etc.

(Decided February 20, 1947)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
 (Stipulation omitted.)
 On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
 Judgment will be rendered accordingly.